UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KRISTINE MCCAULEY, as Next Friend of J.M., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:15-CV-866 NAB ) |
| FRANCIS HOWELL SCHOOL DISTRICT, | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Second Amended Complaint. [Doc. 23.] A party may amend its pleadings only with the opposing party's written consent or the court's leave if more than 21 days have passed since service of the complaint. Fed. R. Civ. P. 15(a). The Court should freely give leave when justice so requires. Fed. R. Civ. P. 15(a)(2). The Case Management Order of August 20, 2015 set a September 21, 2015 deadline for filing amended pleadings. Plaintiff's motion is timely filed. Defendant has not filed a response to Plaintiff's motion and the time to do so has passed. Therefore, the Court will grant Plaintiff's Motion for Leave to File a Second Amended Complaint. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint is **GRANTED**. [Doc. 23.]

Dated this 5th day of October, 2015.

                                                /s/ Nannette A. Baker
                                                NANNETTE A. BAKER
                                                UNITED STATES MAGISTRATE JUDGE